706

SALVATORE GRASSO, Appellant, v. JOSEPHINE GRASSO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THORFINNUR E. JONASSON and Another, Respondents, v. EAGLE FISH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEDEMETRIO CAPUTALO and Another, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [138 Misc. 344.]

HENIE HEITNER, Also Known as ANNIE HEITNER, Appellant. v. HEITNER REALTY CO., INC., and GUSSIE HEITNER, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

COOPER & COOPER, INC., Appellant, v. THE NATIONAL PARK BANK OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BANKERS TRUST COMPANY, as Trustee under a Certain Deed of Trust, etc., Made by EDMUND C. CONVERSE, Respondent, v. ESTELLA CONVERSE, Individually, Appellant, Respondent, Impleaded with EDMUND C. CONVERSE, 3RD, Respondent, Appellant, and ROGER CONVERSE and Others, Respondents.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., Respondent, v. ROGERS SILVER PREMIUM BUREAU, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., Respondent, v. ROGERS SILVER PREMIUM BUREAU, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., Respondent, v. INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ. [139 Misc. 391.]

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. EDGAR LOWELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT MART and JOSEPH O'CONNOR, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAMS STORAGE WAREHOUSE COMPANY, Appellant, v. GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

AMERICAN ENCAUSTIC TILING COMPANY, LIMITED, Respondent, v. COLANERI CONT. CO., INC., Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, and Martin, JJ.

SAMUEL W. SILVERMAN, Appellant, v. H. OTTO WITTPENN, Respondent.—